UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA M. MOORE, | 4:25-CV-04088-ECS |
| Plaintiff, | |
| vs. | JUDGMENT |
| EVAN LARSON, Patrol Officer, Sioux Falls Police Department; IAN BRANCH, Detective, Sioux Falls Police Department; JON THUM, Chief of Police, Sioux Falls Police Department; LUKE LAWTON, Deputy State's Attorney, Minnehaha County State's Attorney's Office; DAN HAGAR,[1] State's Attorney, Minnehaha County State's Attorney's Office; NICOLE PHILLIPS, Deputy State's Attorney, Minnehaha County State's Attorney's Office; ANDREW ROBERTSON, Magistrate Judge, Minnehaha County Courthouse; ROBIN HOUWMAN, Presiding Judge, Second Judicial Circuit; JONATHAN LEDDIGE, Magistrate Judge, Minnehaha County Courthouse; JASON KOISTINEN, Public Defender, Minnehaha County Public Defender's Office; TRACI SMITH, Chief Public Defender, Minnehaha County Public Defender's Office, MARK MILBRANDT,[2] County Sheriff, Minnehaha County Jail; JOHN DOES 1–5, Jail Staff (Feb. 19, 2025), Minnehaha County Jail, | |
| Defendants. | |

---

[1] The Court notes that the correct spelling of this defendant's name is Dan Haggar. See State's Attorney, Minnehaha County, South Dakota, https://www.minnehahacounty.gov/dept/sa/sa.php (last visited Apr. 30, 2026); see also Moore v. Haggar, 4:25-CV-04193-ECS, Doc. 1 at 1.

[2] Mark Milbrandt is a previous sheriff of Brown County, South Dakota. As this Court understands his complaint, Moore intended to refer to the Minnehaha County Sheriff, Mike Milstead. See Sheriff's Office, Minnehaha County Sheriff's Office, https://www.minnehahacounty.gov/dept/so/so.php (last visited Apr. 28, 2026).

Based on the Opinion and Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis and 1915 Screening, it is

ORDERED, ADJUDGED AND DECREED that judgment in part with and in part without prejudice is entered against plaintiff, Joshua M. Moore.

DATED June 18, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2